[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16403
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00003-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUSTIN DANIEL,
a.k.a. J Rock,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(March 5, 2014)

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Martin Vogelbaum, counsel for Justin Daniel, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Daniel's convictions and sentences are **AFFIRMED.**